# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# ASHEVILLE DIVISION

# CIVIL CASE NO. 1:09cv430

| | |
|---|---|
| LOIS A. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that Plaintiff's Objections are **OVERRULED**; the Magistrate Judge's Memorandum & Recommendation is **ACCEPTED;** Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**.

This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: February 25, 2011

Martin Reidinger
United States District Judge